# IN THE SUPREME COURT OF THE STATE OF NEVADA

LI-LIN LIU, INDIVIDUALLY,
Appellant,
vs.
VIENNA PETERSON JOYNAR,
Respondent.

No. 79411

FILED

OCT 0 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant filed a notice of withdrawal of appeal. Appellant's notice is treated as a motion for voluntary dismissal. Cause appearing, the motion is granted and this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. David M. Jones, District Judge
Atkin Winner & Sherrod
Adam S. Kutner
The702Firm
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19- 40814